In the Matter of the Application of Long Island Lighting Company, Appellant, against Milo R. Maltbie and Others, Constituting The Public Service Commission of the State of New York, and The Public Service Commission of the State of New York, Respondents.— Appeal dismissed, on the ground that the question involved is now academic. Present — Rhodes, Acting P. J., McNamee, Crapser, Bliss and Heffernan, JJ. [See, *ante*, p. 918.]